ACCEPTED
01-15-00393-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/6/2015 9:06:49 AM
CHRISTOPHER PRINE
CLERK

**01-15-00393-CR**

In the
Court of Appeals
For the
First District of Texas
At Houston

———————◆———————

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/6/2015 9:06:49 AM

CHRISTOPHER A. PRINE
Clerk

**No. 1389139**
In the 228th District Court of
Harris County, Texas

———————◆———————

**CHRISTOPHER ERNEST BRAUGHTON**
*Appellant*
v.
**THE STATE OF TEXAS**
*Appellee*

———————◆———————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in these cases, and, in support thereof, presents the following:

1. In the 228th district court of Harris County, Texas, cause number 1389139, *the State of Texas v. Christopher Ernest Braughton*, appellant, was convicted of murder.

2. He was assessed punishment of confinement for 25 years in the Institutional Division of the Texas Department of Criminal Justice.

3. The State's brief was due on November 5, 2015.

4. An extension of time in which to file the State's brief is requested until December 7, 2015.

5. No previous extensions have been requested by the State.

6. The facts relied upon to explain the need for this extension are:

Since appellant filed his brief, I have filed briefs in cause numbers 14-14-00991-CR, 01-15-00272-CR, and will be filing a brief in cause number 14-14-00255-CR today. Additionally, I answer trial court questions from other prosecutors on a daily basis. This motion is not sought for delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant an extension of time until December 7, 2015 in which to file the State's brief in this case.

Respectfully submitted,
/s/ Abbie Miles
**Abbie Miles**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 24072240

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the

appellant's attorney at the following address on November 6, 2015:

Niles Illich
701 Commerce, Suite 400
Dallas, TX 75202

/s/ Abbie Miles
**Abbie Miles**
Assistant District Attorney
Harris County, Texas

Date: November 6, 2015